No. 72–5063.  JACKSON *v.* GEORGIA.  C. A. 5th Cir. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5072.  BRAUN *v.* KANSAS.  Sup. Ct. Kan. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5134.  COX *v.* WOODSON, PENAL INSTITUTIONS DIRECTOR, ET AL.  C. A. 10th Cir.  Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5192.  BELL *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5210.  HURT *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5222.  CARPENTER *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5231.  FEATHERSTON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5234.  KERESTY *v.* UNITED STATES; and
No. 72–5236.  PHILLIPS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5270.  NAMMACK *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.